IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TODD D. WILKINSON                                                     PLAINTIFF

v.                           Case No.: 4:07-cv-4098

LOUISE PHILLIPS                                                DEFENDANT

## MEMORANDUM OPINION

Todd Wilkinson (Plaintiff) filed this *pro se* civil rights action under 42 U.S.C. § 1983 on October 24, 2007. (Doc. 1). On October 19, 2009, this Court entered an Order (Doc. 34) granting the Defendant's Motion to Compel (Doc. 31) and ordering Plaintiff to provide discovery to the Defendant on or before November 16, 2009. Now before the Court is the Defendant's Motion to Dismiss. (Doc. 35).

Defendant states Plaintiff did not provide Discovery as required by the Court's previous Order. Moreover, Defendant has received no correspondence from the Plaintiff. Plaintiff has not corresponded with the Court, nor has he replied to the Defendant's Motion to Dismiss. According to the Court's records, Plaintiff's address is correct, and no mail has been returned.

Accordingly, Defendant's Motion to Dismiss (Doc. 35) is hereby GRANTED. Plaintiff's Complaint is DISMISSED WITH PREJUDICE in its entirety for failure to prosecute this action and failure to follow an Order of the Court.

**IT IS SO ORDERED** this 17th day of December 2009.

                                                                      /s/ Barry A. Bryant
                                                                 HON. BARRY A. BRYANT
                                                                 U.S. MAGISTRATE JUDGE