IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

TODD D.  WILKINSON                                                    PLAINTIFF

v.                                    Case No.: 4:07-cv-4098

LOUISE PHILLIPS                                                    DEFENDANT

## JUDGMENT

For the reasons stated in the memorandum opinion of this date, the Court finds that the

Plaintiff recover nothing and that the Complaint (Doc. 1) should be and hereby is **DISMISSED** with

prejudice.

**IT IS SO ORDERED** this 17th day of December 2009.

/s/ Barry A. Bryant
HON. BARRY A. BRYANT
U.S.  MAGISTRATE JUDGE